IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM T. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-2047-CM |
| | ) |
| TOSOH BIOSCIENCE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to Fed. R. Civ. P. 15(a), this case comes before the court on the motion of plaintiff, William T. Adams, for leave to file an amended complaint **(doc. 24)**. No timely opposition to the motion has been filed by defendant.

D. Kan. Rule 7.4 provides: "If a respondent fails to file a response within the time required by Rule 6.1(d), the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice." The court considers the instant motion unopposed and grants it on that basis.

In consideration of the foregoing,

IT IS HEREBY ORDERED:

1. The above-referenced motion **(doc. 24)** is granted.

2. Plaintiff shall file his amended complaint by **August 27, 2007**.

Dated this 22nd day of August, 2007, at Kansas City, Kansas.

                                s/ James P. O'Hara
                                James P. O'Hara
                                U.S. Magistrate Judge