IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM T. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 07-2047-CM |
| | ) |
| TOSOH BIOSCIENCE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to Fed. R. Civ. P. 37(a)(2)(B), this case comes before the court on defendant Tosoh Bioscience, Inc.'s motion to compel (**doc. 38**). Defendant also requests a three-week extension from the date of this court's order to file an additional motion to compel, if necessary, regarding any additional discovery issues. No timely response to the motion has been filed by plaintiff.

D. Kan. Rule 7.4 provides:

> If a respondent fails to file a response within the time required by Rule 7.1(b), the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice.

Accordingly, the court grants defendant's motion as unopposed and directs plaintiff to: (1) provide telephone numbers for the individuals identified in his Rule 26 initial disclosures; (2) provide complete substantive responses to defendant's first set of interrogatories and requests for production of documents to plaintiff; (3) execute the requested authorizations; (4) provide an index indicating which produced documents

correspond with which discovery requests and which are those identified in his initial disclosures; and (5) to the extent he has not done so, produce all documents identified in his initial disclosures and requested by defendant in its requests for production, no later than **November 16, 2007**.  The court also grants defendant an extension to **November 23, 2007**, to file an additional motion to compel, if necessary, regarding any additional discovery issues.

IT IS SO ORDERED.

Dated this 2nd day of November, 2007, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

O:\ORDERS\07-2047-CM-38.wpd